Filed: January 15, 2014

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

BRIEFING ORDER - SOCIAL SECURITY

_____

No.   14-1042,        Jesse Arthur Bishop v. Commissioner of Soc Sec
                     3:13-cv-00094-REP

Briefing shall proceed on the following schedule:

Administrative record due: 02/24/2014

Appendix due: 04/07/2014

Opening brief due: 04/07/2014

Response brief due: 05/08/2014

Reply brief permitted within 14 days of service of response brief.

Government counsel shall file either an electronic administrative record (ECF event-**Administrative record (electronic form)**) or one paper administrative record (ECF event-**Notice of paper filing**). Electronic filing is preferred.

Appellant shall satisfy the appendix requirement as follows:

> (1) If the Government filed the administrative record in electronic form, appellant may adopt the electronic version and file four paper copies (double-sided copies bound down the left side with a white cover) (ECF event-**Administrative record adopted (4 paper copies filed)**). In addition, appellant must file an appendix in electronic form with 6 paper copies containing any additional portions of the district court record necessary to appellate review (ECF event-**APPENDIX (electronic & paper form)**).

(2) If the Government filed the administrative record in paper form, appellant must file an appendix in electronic form with 6 paper copies containing any portions of the **administrative record and district court record** necessary to appellate review (ECF event-**APPENDIX (electronic & paper form)**).

The briefs and appendix must conform to the [Fourth Circuit Brief & Appendix Requirements](#) (available as a link from this order and at www.ca4.uscourts.gov). All parties to a side must join in a single brief, even in consolidated cases, unless the court has granted a motion for leave to file separate briefs pursuant to Local Rules 28(a) and 28(d).

If a case has not been scheduled for a mediation conference, but counsel believes such a conference would be beneficial, counsel should contact the Office of the Circuit Mediator directly at 843-521-4022, and a mediation conference will be scheduled. In such a case, the reason for scheduling the conference will be kept confidential.

Failure to file an opening brief within the scheduled time will lead to dismissal of the case pursuant to Local Rule 45 for failure to prosecute; failure to file a response brief will result in loss of the right to be heard at oral argument and may lead to imposition of sanctions if counsel has failed to comply with the court's directives. The court discourages motions for extension of time and grants extensions of the briefing schedule only in extraordinary circumstances upon a showing of good cause. Local Rule 31(c). If a brief is filed after its due date, the time for filing subsequent briefs will be extended by the number of days the brief was late.

Pursuant to Local Rule 34(a), the court may, on its own initiative and without prior notice, screen an appeal for decision on the parties' briefs without oral argument. If a case is selected for the oral argument calendar, counsel will receive notice that the case has been tentatively calendared for a specific court session approximately two months in advance of the session.

                        /s/ PATRICIA S. CONNOR, CLERK
                        By: Taline A. Fischer, Deputy Clerk